## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court<br>Craig C. Hughes | District  D.C. |
|---|---|
| Name (under which you were convicted):<br>Craig C. Hughes | Docket or Case No.:<br>CR-04-445 CKK |
| Place of Confinement:<br>Morgantown, W.Va. 26507 | Prisoner No.:<br>27712-016 |
| UNITED STATES OF AMERICA<br>v.   Craig C.Hughes | Movant (include name under which you were convicted) |

### MOTION

1. (a) Name and location of court that entered the judgment
   U.S. District Court- Washington, D.

   CASE NUMBER   1:05CV01990
   JUDGE: Colleen Kollar-Kotelly
   DECK TYPE: Habeas Corpus/2255
   DATE STAMP: 10/07/2005

   (b) Criminal docket or case number (if you know): CR-

2. (a) Date of the judgment of conviction (if you know): _

   (b) Date of sentencing: July 23, 2005

3. Length of sentence: 5-months prison/ 5-month home detention

4. Nature of crime (all counts): Aiding & Abetting of a D.C. Government Worker

5. (a) What was your plea? (Check one)
   (1) Not guilty ❏   (2) Guilty ☒   (3) Nolo contendere (no contest) ❏

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _
   Aiding & Abetting government worker

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ❏   Judge only ❏