UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      v.<br><br>CRAIG C. HUGHES,<br><br>      Defendant. | Crim. Action No. 04-445 (CKK)<br>Civil Action No. 05-1990 (CKK) |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 27th day of July, 2006, hereby

**ORDERED** that [1], [27] Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody is DENIED. This is a final, appealable Order.

**SO ORDERED**.

                                     /s/
COLLEEN KOLLAR-KOTELLY
United States District Judge